**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 01-7490**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

IVAN JULIAN STEVENSON, a/k/a Issac, a/k/a Ike,

Defendant - Appellant.

Appeal from the United States District Court for the Western District of Virginia, at Roanoke.  James C. Turk, District Judge. (CR-93-30025-3, CA-01-495-7)

Submitted:  November 8, 2001          Decided:  November 20, 2001

Before WILKINS, MICHAEL, and KING, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Ivan Julian Stevenson, Appellant Pro Se.  Robert Paul Crouch, Jr., United States Attorney, Thomas Jack Bondurant, Jr., Assistant United States Attorney, Ruth Elizabeth Plagenhoef, Assistant United States Attorney, Roanoke, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Ivan Julian Stevenson seeks to appeal the district court's orders denying his motion filed under 28 U.S.C.A. § 2255 (West Supp. 2001) and denying his motion to alter or amend judgment. We have reviewed the record and the district court's opinion and orders and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See United States v. Stevenson, Nos. CR-93-30025-3; CA-01-495-7 (W.D. Va. July 9, 2001; Aug. 7, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED